Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
TINA ARTEAGA

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
FRESNO DIVISION**

| | |
|---|---|
| TINA ARTEAGA, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| ASSET ACCEPTANCE, LLC, | **(Unlawful Debt Collection Practices)** |
| Defendant. | |

## **VERIFIED COMPLAINT**

TINA ARTEAGA (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against ASSET ACCEPTANCE, LLC (Defendant):

## **INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, insurers, and attorneys.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiff is a natural person residing in Chowchilla, Madera County, California.

9. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)* and Defendant is attempting to collect a debt by communicating with Plaintiff as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

10. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiff.

11. Defendant is a national company with business offices in Warren, Michigan.

## FACTUAL ALLEGATIONS

12. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt owed.

13. Defendant would place daily collection calls to Plaintiff.

14. Defendant threatened to "attach" Plaintiff's bank account if immediate payment was not made.

15. To date, Defendant has not initiated legal action or obtained a judgment against Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

   b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

   c. Defendant violated *§1692e(4)* of the FDCPA by threatening Plaintiff with property seizure by telling Plaintiff that absent immediate payment, Defendant would "attach" Plaintiff's bank account despite the fact that Defendant did not, nor presently does not have, a valid judgment against Plaintiff.

   d. Defendant violated *§1692e(5)* of the FDCPA by threatening Plaintiff with property seizure by telling Plaintiff that absent immediate payment, Defendant would "attach" Plaintiff's bank account despite the fact that Defendant did not, nor presently does not have, a valid judgment against Plaintiff.

   e. Defendant violated *§1692e(10)* of the FDCPA by engaging in the false and deceptive practices in connection with the collection of the alleged debt from Plaintiff.

WHEREFORE, Plaintiff, TINA ARTEAGA, respectfully requests judgment be entered against Defendant, ASSET ACCEPTANCE, LLC, for the following:

17. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

18. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

19. Actual damages,

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

21. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

22. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

23. Defendant violated the RFDCPA based on the following:

    a. Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone to ring repeatedly and continuously so as to annoy Plaintiff.

    b. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment.

    c. Defendant violated *§1788.13(j)* of the RFDCPA by threatening Plaintiff with property seizure by telling Plaintiff that absent immediate payment, Defendant would "attach" Plaintiff's bank account despite the fact that Defendant did not, nor presently does not have, a valid judgment against Plaintiff.

    d. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*.

WHEREFORE, Plaintiff, TINA ARTEAGA, respectfully requests judgment be entered against Defendant, ASSET ACCEPTANCE, LLC, for the following:

24. Declaratory judgment that Defendant's conduct violated the Rosenthal Fair Debt Collection Practices Act,

25. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

1   26. Actual damages,

2   27. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection

3        Practices Act, *Cal. Civ Code § 1788.30(c)*, and

4   28. Any other relief that this Honorable Court deems appropriate.

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, TINA ARTEAGA, demands a jury trial in this cause of action.

                                                  RESPECTFULLY SUBMITTED,

DATED:  October 21, 2009          KROHN & MOSS, LTD.

                                                  By:   /s/   Nicholas J. Bontrager

                                                        Nicholas J. Bontrager
                                                       Attorney for Plaintiff

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, TINA ARTEAGA, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, TINA ARTEAGA, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 10/16/09

TINA ARTEAGA