Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
TINA ARTEAGA

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
FRESNO DIVISION**

| | |
|---|---|
| TINA ARTEAGA, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>ASSET ACCEPTANCE, LLC, <br><br>　　　　Defendant. | **Case No.:** 1:09-cv-01860 LJO GSA <br><br> **PLAINTIFF'S AMENDED NOTICE OF MOTION FOR RECONSIDERATION OF THE ORDER RE: GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF** <br><br> **Date:** November 8, 2010 <br> **Time:** 8:30 a.m. <br> **Courtroom:** 4 <br> **Hon. Lawrence J. O'Neill** |

**TO: THIS HONORABLE COURT AND TO ALL PARTIES HEREIN AND THEIR ATTORNEY'S OF RECORD:**

PLEASE TAKE NOTICE THAT For the convenience of all parties' respective counsel, Plaintiff's Motion for Reconsideration, previously scheduled to be heard on October 4, 2010 at 8:30 a.m., has been reset and will now be heard on **November 8, 2010, at 8:30 a.m. in Courtroom 4,** before Honorable Lawrence J. O'Neill.  TINA ARTEAGA, ("Plaintiff"), will move, and hereby does move, for an order vacating this Court's Order re: Granting Summary Judgment in favor of Defendant and against Plaintiff, entered by this Court on August 23, 2010.

///

///

///

- 1 -

**PLAINTIFF'S AMENDED NOTICE OF MOTION FOR RECONSIDERATION**

RESPECTFULLY SUBMITTED,

DATED: September 10, 2010          KROHN & MOSS, LTD.


By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
Attorney for Plaintiff

**PLAINTIFF'S AMENDED NOTICE OF MOTION FOR RECONSIDERATION**

**PROOF OF SERVICE**

I, Nicholas J. Bontrager, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 10474 Santa Monica Blvd., Suite 401, Los Angeles, CA 90025.

On September 10, 2010, I served the following document(s):

**PLAINTIFF'S AMENDED NOTICE OF MOTION FOR RECONSIDERATION OF THE ORDER RE: GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF**

On the parties listed below:

| | |
|---|---|
| Tomio B. Narita<br>tnarita@snllp.com | Attorneys for Defendant,<br>Asset Acceptance, LLC. |
| Jeffrey A. Topor<br>jtopor@snllp.com | |
| Simonds & Narita LLP<br>44 Montgomery Street, Suite 3010<br>San Francisco, CA 94104-4816 | |

By the following means of service:

[X]  **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

[X]  **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail addresses listed above. I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[X]  **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on September 10, 2010, at Los Angeles, California.

BY:____/s/ Nicholas J. Bontrager_____
Nicholas J. Bontrager
Attorney for Plaintiff